

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00669-CR, 04-13-00670-CR, 04-13-00671-CR, 04-13-00672-CR, 04-13-00673-CR, 04-13-00674-CR, 04-13-00675-CR, 04-13-00676-CR, 04-13-00677-CR, 04-13-00678-CR, and 04-13-00679-CR

Matt **BERNAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR9915, 2012CR9914, 2012CR9913, 2012CR9907, 2012CR9908, 2012CR9909, 2012CR9910, 2012CR9911, 2012CR9905, 2012CR9906
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, these appeals are DISMISSED. Bernal's motion, titled "Motion for Rehearing and Abatement of Appeal or Alternative Relief," is DENIED.

SIGNED December 4, 2013.

_Karen Angelini_
Karen Angelini, Justice